FILED 11 FEB 25 15:42 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR 11-88-MO |
| v. | INDICTMENT |
| MITCHELL LEE NUNN, | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Defendant. | UNDER SEAL |

THE GRAND JURY CHARGES:

Count 1:
[Felon in Possession of a Firearm]

On or about February 4, 2011, in the District of Oregon, **MITCHELL LEE NUNN**, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

Page 1     Indictment

A.  Felony harassment, in the Superior Court of Washington, County of Clark, on or about April 24, 2001, Case Number 01-1-00030-6;

B.  Possession of Stolen Property in the First Degree, in the Superior Court of Washington, County of Clark, on or about December 19, 2002, Case Number 02-1-02407-6;

C.  Possession of Stolen Property in the Second Degree, in the Superior Court of Washington, County of Clark, on or about August 12, 2004, Case Number 04-1-01076-4; and,

D.  Burglary in the Second Degree, in the Superior Court of Washington, County of Clark, on or about October 5, 2005, Case Number 05-1-01771-6,

did knowingly and unlawfully possess a firearm, to-wit: Norinco, SKS 7.62 x 39mm rifle, Serial Number 11137298, which had previously been transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED this 24 day of February 2011.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON, OSB # 09054
United States Attorney

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney

Page 2        Indictment